| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Michael John Murgola <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–5252 |
| | | EIN: | __-_____ |
| **Debtor 2:** <br> (Spouse, if filing) | Donna Josephine Murgola <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–5280 |
| | | EIN: | __-_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 7   10/31/17 |
| Case number: | 17–32090–RG | Date case converted to chapter: | 13   5/14/18 |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael John Murgola | Donna Josephine Murgola |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 21 West 4th Street <br> Bayonne, NJ 07002 | 21 West 4th Street <br> Bayonne, NJ 07002 |
| 4. | **Debtor's attorney** <br> Name and address | David G. Beslow <br> Goldman & Beslow, LLC <br> 7 Glenwood Avenue <br> Suite 311B <br> East Orange, NJ 07017 | Contact phone 973–677–9000 |
| 5. | **Bankruptcy trustee** <br> Name and address | Marie–Ann Greenberg <br> Chapter 13 Standing Trustee <br> 30 Two Bridges Rd <br> Suite 330 <br> Fairfield, NJ 07004 | Contact phone 973–227–2840 <br> www.magtrustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. <br> (800) 676–6856 | MLK Jr Federal Building <br> 50 Walnut Street <br> Newark, NJ 07102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br> Contact phone 973–645–4764 <br> Date: 5/16/18 |

**For more information, see page 2**

Official Form 309I           **Notice of Chapter 13 Bankruptcy Case**           page 1

Debtor  **Michael John Murgola**  and  **Donna Josephine Murgola**                                                                                              Case number **17–32090–RG**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 12, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/13/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/23/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-32090-RG
Michael John Murgola                                                    Chapter 13
Donna Josephine Murgola
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3           Date Rcvd: May 16, 2018
                              Form ID: 309I              Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
```
db/jdb         +Michael John Murgola,    Donna Josephine Murgola,    21 West 4th Street,    Bayonne, NJ 07002-2401
517152889     ++APRIA HEALTHCARE,    1340 SOUTH HIGHLAND AVENUE,    JACKSON TN 38301-7369
               (address filed with court:   Apria Healthcare,    1328 S. Highland Avenue,    Jackson, TN 38301)
517152888      American Anesthesiology of New Jersey,    PO Box 88087,   Chicago, IL 60680-1087
517152890     +Apria Healthcare,    P.O. Box 536841,   Atlanta, GA 30353-6841
517152891      Apria Healthcare,    Att: State Collection Service Inc.,    P.O. Box 6250,
                Madison, WI 53716-0250
517152892     +Astra Health Group,    564 Broadway,    Bayonne, NJ 07002-8828
517152893      Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517152899     +BHMG - United Medical,    612 Rutherford Avenue,    Lyndhurst, NJ 07071-1217
517152898     +Bayonne Medical Center,    PO Box 1438,    Newark, NJ 07101-1438
517152900     +Broadway Physical Therapy,    1039 Avenue C,    Bayonne, NJ 07002-3217
517152908     +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
517152915     +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
517152918      Clara Maas Hospital,    PO Box 29948,    New York, NY 10087-9948
517152917     +Clara Maas Hospital,    1 Clara Maas Drive,    Belleville, NJ 07109-3557
517152919     +Dr. Adriana Grigoriu LLC,    377 Jersey Avenue,    Suite 470,    Jersey City, NJ 07302-4691
517152920     +Dr. Jordan Alter,    803 Kennedy Blvd.,    Bayonne, NJ 07002-5835
517152921      EMA,   Liberty Emergency Medical Associates,    PO Box 5816,    Parsippany, NJ 07054-6816
517152926     +EZ Clnicial Laboratory,    557 Cranbury Road,    East Brunswick, NJ 08816-5419
517152922      Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517152923     +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
517152924     +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517152925     +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517152927      Garden State Healthcare Associates,    PO Box 20502,    Newark, NJ 07101-5502
517152932     +Hoboken University Medical Center,    308 Willow Avenue,    Hoboken, NJ 07030-3808
517152929      Hoboken University Medical Center,    PO Box 824491,    Philadelphia, PA 19182-4491
517152931     +Hoboken University Medical Center,    P.O. Box 48312,    Newark, NJ 07101-8512
517152933     +Hudson Radiology Center,    410 Centre Street,    Nutley, NJ 07110-1635
517152934     #+Jeffrey Augustin MD PA,    864 Broadway,    Bayonne, NJ 07002-3054
517152938     +Laboratory Corp.,    P.O. Box 2240,    Burlington, NC 27216-2240
517152939     +Michael S. Badin, MD, PA,    1947 Kennedy Blvd.,    Jersey City, NJ 07305-1436
517152942     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
517152940     +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
517152945     +Navient,    123 S Justison St Ste 30,    Wilmington, DE 19801-5360
517152948     +Nissan Motor Acceptance Corp/Infinity Lt,    2901 Kinwest Pkwy,    Irving, TX 75063-5816
517152946     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                Dallas, TX 75266-0360
517152950      Northern NJ Anesthesia Assoc.,    P.O. Box 822571,    Philadelphia, PA 19182-2571
517152952     +Ocwen Loan Servicing,    3451 Hammond Ave,    Waterloo, IA 50702-5345
517152954     +Ocwen Loan Servicing, Llc,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
517152955     +Orange Lake Capital Management,    8505 West Iro Bronson Memorial Hwy,
                Kissimmee, FL 34747-8217
517152956      Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
517152957      RCI Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
517152958      Services of Longmont,    PO Box 1317,    Longmont, CO 80502-1317
517152959     +Short Hills Surgery Center,    187 Millburn Avenue,    Suite 102,    Millburn, NJ 07041-1845
517152960     +Sonoview Consulting Inc.,    60 Westervelt Avenue,    Staten Island, NY 10301-1432
517152961     +State Collection Service,    Attention: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
517152962     +State Collection Service,    2509 S Stoughton Rd,    Madison, WI 53716-3314
517152963     +Summit Testing Inc.,    2320 West Peoria Avenue,    Phoenix, AZ 85029-4753
517152970      TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517152971     +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1370
517152972     +Urology Group of NJ LLC,    534 Avenue E,    Suite 2A,    Bayonne, NJ 07002-3987

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: yrodriguez@goldmanlaw.org May 16 2018 23:44:31      David G. Beslow,
                Goldman & Beslow, LLC,    7 Glenwood Avenue,    Suite 311B,    East Orange, NJ   07017
tr             E-mail/Text: BNC@magtrustee.com May 16 2018 23:46:22      Marie-Ann Greenberg,
                Chapter 13 Standing Trustee,    30 Two Bridges Rd,    Suite 330,    Fairfield, NJ 07004-1550
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 16 2018 23:45:41      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2018 23:45:35      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517152894     +EDI: TSYS2.COM May 17 2018 03:18:00      Barclays Bank Delaware,    100 S West St,
                Wilmington, DE 19801-5015
517152896     +EDI: TSYS2.COM May 17 2018 03:18:00      Barclays Bank Delaware,    Po Box 8803,
                Wilmington, DE 19899-8803
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                   Date Rcvd: May 16, 2018
                               Form ID: 309I                Total Noticed: 80


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517152905        EDI: CAPITALONE.COM May 17 2018 03:18:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517152901       +EDI: CAPITALONE.COM May 17 2018 03:18:00      Cap One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
517152907       +EDI: CAPITALONE.COM May 17 2018 03:18:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517152904       +EDI: CAPITALONE.COM May 17 2018 03:18:00      Capital One,    General Correspondence,
                 Po Box 30285,    Salt lake City, UT 84130-0285
517152902       +EDI: CAPITALONE.COM May 17 2018 03:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517152909       +EDI: SEARS.COM May 17 2018 03:18:00       Cbusasears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517152910       +EDI: CHASE.COM May 17 2018 03:18:00       Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
517152912       +EDI: CHASE.COM May 17 2018 03:18:00       Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517152916       +EDI: CITICORP.COM May 17 2018 03:18:00      Citibank,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
517152928       +E-mail/Text: info@hfrs1.com May 16 2018 23:46:15       Heritage Financial Recovery,
                 600 E. Crescent Avenue,    Suite 304,    Saddle River, NJ 07458-1899
517152935       +E-mail/Text: ebn@barnabashealth.org May 16 2018 23:46:05       Jersey City Medical Center,
                 PO Box 903,    Oceanport, NJ 07757-0903
517152936       +EDI: CBSKOHLS.COM May 17 2018 03:18:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
517152937       +EDI: CBSKOHLS.COM May 17 2018 03:18:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-5660
517152944       +EDI: NAVIENTFKASMSERV.COM May 17 2018 03:18:00       Navient,    Attn: Claims Dept,    Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
517152951       +Fax: 407-737-5634 May 17 2018 00:18:11      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
517152953       +Fax: 407-737-5634 May 17 2018 00:18:11      Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
517157364       +EDI: RMSC.COM May 17 2018 03:18:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517152967        EDI: TFSR.COM May 17 2018 03:18:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
517152965        EDI: TFSR.COM May 17 2018 03:18:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
517152964        EDI: TFSR.COM May 17 2018 03:18:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
517152974       +EDI: WFFC.COM May 17 2018 03:18:00       Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
517152973       +EDI: WFFC.COM May 17 2018 03:18:00       Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,
                 Des Moines, IA 50306-0438
517152975       +EDI: WFFC.COM May 17 2018 03:18:00       Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
517152976       +EDI: WFFC.COM May 17 2018 03:18:00       Wells Fargo Dealer Services,    Po Box 1697,
                 Winterville, NC 28590-1697
                                                                                               TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517152895*     +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517152897*     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517152906*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517152903*     +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517152911*     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517152913*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517152914*     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517152930*      Hoboken University Medical Center,    PO BOx 824491,    Philadelphia, PA 19182-4491
517152943*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     350 Highland Dr,    Lewisville, TX 75067)
517152941*     +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517152949*     +Nissan Motor Acceptance Corp/Infinity Lt,     2901 Kinwest Pkwy,    Irving, TX 75063-5816
517152947*     +Nissan Motor Acceptance Corp/Infinity Lt,     Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
517152968*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517152969*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517152966*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     Po Box 8026,    Cedar Rapids, IA 52408)
                                                                                              TOTALS: 0, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: May 16, 2018
                              Form ID: 309I            Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                     Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
      Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
       NJ48@ecfcbis.com
      David G. Beslow    on behalf of Debtor Michael John Murgola yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      David G. Beslow    on behalf of Joint Debtor Donna Josephine Murgola yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Marie-Ann   Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                            TOTAL: 5