Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32090−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael John Murgola                           Donna Josephine Murgola
   21 West 4th Street                             21 West 4th Street
   Bayonne, NJ 07002                              Bayonne, NJ 07002

Social Security No.:
   xxx−xx−5252                                    xxx−xx−5280

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 06/01/2018 and a confirmation hearing on such Plan has been scheduled for 7/18/2018.

The debtor filed a Modified Plan on 07/17/2018 and a confirmation hearing on the Modified Plan is scheduled for 9/5/2018 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 17, 2018
JAN: dlr

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 17-32090-RG
Michael John Murgola                                                Chapter 13
Donna Josephine Murgola
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 3              Date Rcvd: Jul 17, 2018
                              Form ID: 186                 Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db/jdb         +Michael John Murgola,   Donna Josephine Murgola,   21 West 4th Street,   Bayonne, NJ 07002-2401
cr             +WELLS FARGO BANK, N.A. AS INDENTURE TRUSTEE FOR GM,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                 6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
517152889     ++APRIA HEALTHCARE,   1340 SOUTH HIGHLAND AVENUE,   JACKSON TN 38301-7369
               (address filed with court: Apria Healthcare,   1328 S. Highland Avenue,   Jackson, TN 38301)
517152888      American Anesthesiology of New Jersey,   PO Box 88087,   Chicago, IL 60680-1087
517152890     +Apria Healthcare,   P.O. Box 536841,   Atlanta, GA 30353-6841
517152891      Apria Healthcare,   Att: State Collection Service Inc.,   P.O. Box 6250,
                 Madison, WI 53716-0250
517152892     +Astra Health Group,   564 Broadway,   Bayonne, NJ 07002-8828
517152893      Atlantic Medical Group,   PO Box 419101,   Boston, MA 02241-9101
517152899     +BHMG - United Medical,   612 Rutherford Avenue,   Lyndhurst, NJ 07071-1217
517152894     +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
517152896     +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
517152898     +Bayonne Medical Center,   PO Box 1438,   Newark, NJ 07101-1438
517152900     +Broadway Physical Therapy,   1039 Avenue C,   Bayonne, NJ 07002-3217
517606616      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517152909     +Cbusasears,   Po Box 6282,   Sioux Falls, SD 57117-6282
517152908     +Cbusasears,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
                 Saint Louis, MO 63179-0040
517152912     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517152910     +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517152916     +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
517152915     +Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
517152917     +Clara Maas Hospital,   1 Clara Maas Drive,   Belleville, NJ 07109-3557
517152918      Clara Maas Hospital,   PO Box 29948,   New York, NY 10087-9948
517152919     +Dr. Adriana Grigoriu LLC,   377 Jersey Avenue,   Suite 470,   Jersey City, NJ 07302-4691
517152920     +Dr. Jordan Alter,   803 Kennedy Blvd.,   Bayonne, NJ 07002-5835
517152921      EMA,   Liberty Emergency Medical Associates,   PO Box 5816,   Parsippany, NJ 07054-6816
517152926     +EZ Clincial Laboratory,   557 Cranbury Road,   East Brunswick, NJ 08816-5419
517152922      Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
517152923     +Equifax Credit Info. Services,Inc.,   P.O. Box 740241,   Atlanta, GA 30374-0241
517152925     +Experian,   P.O. Box 4500,   Allen, TX 75013-1311
517152924     +Experian,   P.O. Box 2002,   Allen, TX 75013-2002
517152927      Garden State Healthcare Associates,   PO Box 20502,   Newark, NJ 07101-5502
517152932     +Hoboken University Medical Center,   308 Willow Avenue,   Hoboken, NJ 07030-3808
517152931     +Hoboken University Medical Center,   P.O. Box 48312,   Newark, NJ 07101-8512
517152929      Hoboken University Medical Center,   PO Box 824491,   Philadelphia, PA 19182-4491
517152933     +Hudson Radiology Center,   410 Centre Street,   Nutley, NJ 07110-1635
517152934     #+Jeffrey Augustin MD PA,   864 Broadway,   Bayonne, NJ 07002-3054
517152938     +Laboratory Corp.,   P.O. Box 2240,   Burlington, NC 27216-2240
517152939     +Michael S. Badin, MD, PA,   1947 Kennedy Blvd.,   Jersey City, NJ 07305-1436
517152942    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   350 Highland Dr,   Lewisville, TX 75067)
517152940     +Nationstar Mortgage LLC,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517610041     +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
517152945     +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5360
517152948     +Nissan Motor Acceptance Corp/Infinity Lt,   2901 Kinwest Pkwy,   Irving, TX 75063-5816
517152946     +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
517152950      Northern NJ Anesthesia Assoc.,   P.O. Box 822571,   Philadelphia, PA 19182-2571
517152952     +Ocwen Loan Servicing,   3451 Hammond Ave,   Waterloo, IA 50702-5345
517152954     +Ocwen Loan Servicing, Llc,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
517152955     +Orange Lake Capital Management,   8505 West Iro Bronson Memorial Hwy,
                 Kissimmee, FL 34747-8217
517152956      Overlook Medical Center,   PO Box 35611,   Newark, NJ 07193-5611
517152957      RCI Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
517152958      Services of Longmont,   PO Box 1317,   Longmont, CO 80502-1317
517152959     +Short Hills Surgery Center,   187 Millburn Avenue,   Suite 102,   Millburn, NJ 07041-1845
517152960     +Sonoview Consulting Inc.,   60 Westervelt Avenue,   Staten Island, NY 10301-1432
517152961     +State Collection Service,   Attention: Bankruptcy,   Po Box 6250,   Madison, WI 53716-0250
517152962     +State Collection Service,   2509 S Stoughton Rd,   Madison, WI 53716-3314
517152963     +Summit Testing Inc.,   2320 West Peoria Avenue,   Phoenix, AZ 85029-4753
517152967    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517567511     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517152970      TransUnion Consumer Solutions,   P.O. Box 2000,   Crum Lynne, PA 19022
517152971     +TransUnion LLC,   2 Baldwin Place,   PO Box 1000,   Chester, PA 19022-1370
517152972     +Urology Group of NJ LLC,   534 Avenue E,   Suite 2A,   Bayonne, NJ 07002-3987
517152973     +Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,   Des Moines, IA 50306-0438
517152974     +Wells Fargo Bank,   Po Box 14517,   Des Moines, IA 50306-3517
```

```
District/off: 0312-2          User: admin              Page 2 of 3                 Date Rcvd: Jul 17, 2018
                              Form ID: 186             Total Noticed: 84


517605411       Wells Fargo Bank, N.A.,   Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517152976      +Wells Fargo Dealer Services,   Po Box 1697,    Winterville, NC 28590-1697
517152975      +Wells Fargo Dealer Services,   Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2018 23:17:11      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2018 23:17:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517152905       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:15:29      Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238
517152901      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:14:26      Cap One,
                 Po Box 5253,   Carol Stream, IL 60197-5253
517152907      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:15:29      Capital One,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
517152904      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:14:57      Capital One,
                 General Correspondence,   Po Box 30285,    Salt lake City, UT 84130-0285
517152902      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:15:29      Capital One,
                 Attn: Bankruptcy,   Po Box 30253,    Salt Lake City, UT 84130-0253
517152928      +E-mail/Text: info@hfrsl.com Jul 17 2018 23:17:51      Heritage Financial Recovery,
                 600 E. Crescent Avenue,   Suite 304,    Saddle River, NJ 07458-1899
517152935      +E-mail/Text: ebn@barnabashealth.org Jul 17 2018 23:17:39      Jersey City Medical Center,
                 PO Box 903,   Oceanport, NJ 07757-0903
517152936      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 17 2018 23:16:22      Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,    Milwaukee, WI 53201-3043
517152937      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 17 2018 23:16:22      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
517640268       E-mail/PDF: pa_dc_claims@navient.com Jul 17 2018 23:14:30      NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,   PO BOX 9640,    Wilkes-Barre, PA 18773-9640
517152944      +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2018 23:15:01      Navient,   Attn: Claims Dept,
                 Po Box 9500,   Wilkes-Barr, PA 18773-9500
517152951      +Fax: 407-737-5634 Jul 18 2018 00:18:00      Ocwen Loan Servicing,   Attn: Research/Bankruptcy,
                 1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
517152953      +Fax: 407-737-5634 Jul 18 2018 00:18:00      Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,   1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
517157364      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:51      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517646030      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:15:24      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517643957      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2018 23:15:38      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517152895*     +Barclays Bank Delaware,   100 S West St,    Wilmington, DE 19801-5015
517152897*     +Barclays Bank Delaware,   Po Box 8803,    Wilmington, DE 19899-8803
517152906*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517152903*     +Capital One,   Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
517152911*     +Chase Card,   Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517152913*     +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
517152914*     +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
517152930*      Hoboken University Medical Center,    PO BOx 824491,   Philadelphia, PA 19182-4491
517152943*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    350 Highland Dr,   Lewisville, TX 75067)
517152941*     +Nationstar Mortgage LLC,   Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517152949*     +Nissan Motor Acceptance Corp/Infinity Lt,    2901 Kinwest Pkwy,   Irving, TX 75063-5816
517152947*     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
517152968*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517152969*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
517152965*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,   Cedar Rapids, IA 52408)
517152966*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,   Cedar Rapids, IA 52408)
517152964*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
                                                                                        TOTALS: 0, * 18, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Jul 17, 2018
                              Form ID: 186             Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              Barbara    Edwards    on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              David G. Beslow    on behalf of Joint Debtor Donna Josephine Murgola yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Michael John Murgola yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Harold N. Kaplan    on behalf of Creditor    WELLS FARGO BANK, N.A. AS INDENTURE TRUSTEE FOR GMACM
               HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST hkaplan@rasnj.com,    informationathnk@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Mark   Goldman    on behalf of Debtor Michael John Murgola yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark   Goldman    on behalf of Joint Debtor Donna Josephine Murgola yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9